AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Anthony Elsass, et. al.,

        V.

General Accident Insurance Company of America,

Case Number: C-1-00-0100

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
|  | DATE AND TIME<br>OCTOBER 29, 2003 at 9:00 AM |

KENNETH J. MURPHY, CLERK

s/ Kevin Moser  
Kevin Moser  
Case Manager  
(513) 564-7620

cc: Barry Fagel, Esq.    Christopher Bechhold, Esq.    Renee Filiatraut, Esq.    Joseph Gelwicks, Esq.  
    Gary Sergent, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.