GJS/mgv
03-288

Gary J. Sergent (0003031)
Counsel for Zurich American Insurance Company

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| **ANTHONY ELSASS, ET AL.** | : | CASE NO: C-1-00-0100 |
| | | (Judge Spiegel) |
| **Plaintiffs** | : | |
| vs. | : | |
| **GENERAL ACCIDENT INSURANCE** | | |
| **COMPANY, ET AL.** | : | |
| **Defendants** | : | |

_____

### DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S
### MOTION FOR SUMMARY JUDGMENT
_____

The Defendant, Zurich American Insurance Company, through counsel, moves the court for Summary Judgment as to all of Plaintiffs, Anthony Elsass and Carole Elsass', claims on the grounds that there is no genuine issue as to any material fact and the movant is entitled to judgment as a matter of law.

A Memorandum in Support of this Motion for Summary Judgment is submitted herewith.

Respectfully submitted,

s/Gary J. Sergent per electronic filing
GARY J. SERGENT (OH 0003031)
O'HARA, RUBERG, TAYLOR, SLOAN & SERGENT
25 Crestview Hills Mall Road, Suite 201
P.O. Box 17411

1

Covington, KY 41017-0411
(859) 331-2000
ATTORNEYS FOR ZURICH AMERICAN
INSURANCE COMPANY

**CERTIFICATION**

I hereby certify that I have, this __3d_ day of _November, 2003, mailed (either electronically or conventionally) a copy of the foregoing pleading to the following attorneys of record:

Barry F. Fagel
Lindhorst & Dreidame
Suite 2300
312 Walnut Street
Cincinnati, OH 45202-4091
    Attorneys for Plaintiffs

Renee S. Filiatraut, Esq.
Christopher Mark Bechhold, Esq.
Thompson, Hine LLP
Suite 1400
312 Walnut Street
Cincinnati, OH 45202
    Attorneys for General Accident Insurance Company of America and Pennsylvania
    General Insurance Company and CGU Insurance Company

Joseph W. Gelwicks, Esq.
Rendigs, Fry, Keily & Dennis LLP
900 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202-3688
    Attorneys for Defendant, Indemnity Insurance Company of North America

                    s/ Gary J. Sergent per electronic filing
                    GARY J. SERGENT
                    O'HARA, RUBERG, TAYLOR, SLOAN & SERGENT

F:\docs\Elsass.zur\Motion.sj