# UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| ANTHONY ELSASS, et al. | : | Case No. C-1-00-0100 |
| | : | |
| Plaintiffs | : | Judge Spiegel |
| | : | |
| vs. | : | |
| | : | **AGREED ORDER OF DISMISSAL** |
| GENERAL ACCIDENT INSURANCE | : | **WITH PREJUDICE** |
| COMPANY, et al. | : | |
| | : | |
| Defendants | : | |

It is hereby agreed by and between counsel for Plaintiffs, counsel for Indemnity Insurance Company of North America, and counsel for General Accident Insurance Company, Pennsylvania General Insurance Company and CGU Insurance Company, that the Plaintiffs' complaint against these Defendants is dismissed, with prejudice, each party to bear their own costs.  This order does not affect Plaintiffs' claim against Zurich Insurance Company.

                                                    s/S. Arthur Spiegel
                                                    Judge Spiegel

  s/Barry F. Fagel
Barry F. Fagel      (0060122)
Attorney for Plaintiffs
**LINDHURST & DREIDAME**
312 Walnut Street
Suite 2300
Cincinnati, OH  45202
(513) 421-663


  s/Joseph W. Gelwicks
Joseph W. Gelwicks  (0027108)
Trial Attorney for Defendant,
Indemnity Ins. Co. of North America
**RENDIGS, FRY, KIELY & DENNIS, LLP**
1 West Fourth Street, Suite 900
Cincinnati, Ohio 45202
(513) 381-9211
(513) 381-9206 - Fax

<u>s/Renne S. Filiatraut</u>          -2-
Renee S. Filiatraut   (0041085)
Attorney for Defendants General Accident Insurance
Company, Pennsylvania General Insurance Company and
CGU Insurance Company
**THOMAS HINE, LLP**
312 Walnut Street, Suite 1400
Cincinnati, Ohio  45202
(513) 352-6659