IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Elsass, et. Al.,                :
                                        :
    Plaintiff(s)                    :
                                        :  Case Number: 1:00-cv-00100
    vs.                             :
                                        :  Senior District Judge S. Arthur Spiegel
General Accident Insurance              :
Company of America, et al.,             :
                                        :
    Defendant(s)                    :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court DENIES as MOOT Defendant Indemnity Insurance of North America's Motion for Summary Judgment (doc. 20), and GRANTS Defendant Zurich American Insurance Company's Motion for Summary Judgment (doc. 55). The Court further DISMISSES this case from the Court's docket.

12/22/03                                         Kenneth Murphy, Clerk


                                                                              s/Kevin Moser
                                                                              Kevin Moser
                                                                              Deputy Clerk